# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **MARY LYNN BANKS** | * | **CIVIL ACTION NO. 18-0749** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART INC., ET AL** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned cause be, and it is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. 28 U.S.C. § 1447(c).

Monroe, Louisiana, this 21st day of August, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE